# CERTIFICATE OF SERVICE BY CERTIFIED MAIL
## *DA SILVA v. BARDINI ET AL.*, C 08-0014 PJH

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On January 3, 2008, I served true copies of the following:

> **Complaint for a Writ of Mandamus and Declaratory and Injunctive Relief**
> **Summons in a Civil Case**
> **Order Setting Initial Case Management Conference and ADR Deadlines**
> **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**
> **ECF Registration Information Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Emilia Bardini, Director<br>USCIS San Francisco Asylum Office<br>75 Hawthorne<br>South Wing, Third Floor<br>San Francisco, CA 94105 | Emilio T. Gonzalez, Director<br>U.S. Citizenship and Immigration Services<br>425 I Street, NW<br>Washington, DC 20536 |
| Michael Chertoff, Secretary<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Northern District<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on January 3, 2008, in San Francisco, California.

\_\_\_\_/s/\_\_\_\_
Lina Baroudi