Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISANGELA DA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, DIRECTOR, SAN SAN FRANCISCO ASYLUM OFFICE; ET AL.,<br><br>    Defendants. | No.   C 08-0014 PJH<br><br>MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER<br><br>USCIS Alien Number: 99-783-947 |

Subsequent to the filing of her complaint, Plaintiff, Elisangela Da Silva ("Ms. Da Silva"), learned that the government has not yet decided whether she is subject to reinstatement of removal pursuant to INA § 241(a)(5), 8 U.S.C. § 1231(a)(5). Accordingly, pursuant to Federal Rule of Civil Procedure 41, Ms. Da Silva, through counsel, requests that her mandamus complaint currently pending before the Court be dismissed without prejudice.

WHEREFORE, Plaintiff prays that the Court allow her to voluntarily dismiss her mandamus complaint, without prejudice.

DATED: February 13, 2008         Respectfully submitted,

                                            /s/
                                       _____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

No. C 08-0014 PJH
Motion for Voluntary Dismissal;
[Proposed] Order

1 **[PROPOSED] ORDER**

2  IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without

3 prejudice be granted.

4 DATED: _____

5  PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE

No. C 08-0014 PJH
Motion for Voluntary Dismissal;
[Proposed] Order

2