Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISANGELA DA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, DIRECTOR, SAN SAN FRANCISCO ASYLUM OFFICE; ET AL.,<br><br>    Defendants. | No.   C 08-0014 PJH<br><br>MOTION FOR VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER<br><br>USCIS Alien Number: 99-783-947 |

Subsequent to the filing of her complaint, Plaintiff, Elisangela Da Silva ("Ms. Da Silva"), learned that the government has not yet decided whether she is subject to reinstatement of removal pursuant to INA § 241(a)(5), 8 U.S.C. § 1231(a)(5). Accordingly, pursuant to Federal Rule of Civil Procedure 41, Ms. Da Silva, through counsel, requests that her mandamus complaint currently pending before the Court be dismissed without prejudice.

WHEREFORE, Plaintiff prays that the Court allow her to voluntarily dismiss her mandamus complaint, without prejudice.

DATED: February 13, 2008          Respectfully submitted,

                                   /s/
                                   _____
                                   Robert B. Jobe
                                   LAW OFFICE OF ROBERT JOBE
                                   550 Kearny St., Ste. 200
                                   San Francisco, CA 94108
                                   (415) 956-5513

                                   Attorney for Plaintiff

No. C 08-0014 PJH
Motion for Voluntary Dismissal;
[Proposed] Order

1 **[~~PROPOSED~~] ORDER**

2    IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without

3 prejudice be granted.

4 DATED: 2/20/08

5 _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



28

No. C 08-0014 PJH
Motion for Voluntary Dismissal;
[Proposed] Order

2